IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JOSEPH CLARK**                                                                                          **PLAINTIFF**

**v.**                                   **CASE NO. 4:09CV00851 BSM**

**O'REILLY AUTOMOTIVE, INC.**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered today, this case is dismissed with prejudice, and the relief sought is denied.

Dated this 23rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE